**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Floyd Lentellis GARRETT,
Defendant–Appellant.**

**No. 96–50609.**

United States Court of Appeals,
Ninth Circuit.

Nov. 24, 1998.

## ORDER

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *United States v. Garrett,* No. 96–50609, slip op. at 7553 (9th Cir. July 16, 1998), is withdrawn.